**HURRICANE CASE**
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

| | | |
|---|---|---|
| DEITRICK TAYLOR | | Civil No.  2:22-cv-04633 |
| Complainant | * | |
| | * | |
| VS. | * | Judge |
| ALLIED TRUST INSURANCE | * | Magistrate |
| COMPANY | | Judge |
| Defendant | * | |

## MOTION TO DISMISSAL

1.

Plaintiff, Deitrick Taylor, through undersigned counsel, hereby move for the dismissal of this proceeding under Federal Rule of Civil Procedure 41(a)(2).

2.

Parties reached a settlement agreement in this proceeding. The Agreement resolves litigation initiated by Plaintiff, Deitrick Taylor's Complaint filed in this Honorable Court.

3.

In Consideration of, the Settlement Agreement, Plaintiff, moves the Honorable Court to dismiss this matter against Defendant ALLIED TRUST INSURANCE COMPANY.

4.

Each Party shall bear its own costs and attorneys' fees.

5.

A proposed order for dismissal is attached hereto.

Respectfully Submitted,

/S/ Harry E. Cantrell, Jr.
_____

Harry Cantrell, Jr.
Cantrell Law Group, LLC
1615 Poydras Street, Ste 900
New Orleans, LA 70112
Cantrellgroup164@gmail.com

CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Dismissal was served through electronic file delivery January 23, 2023

```
```
Case 2:22-cv-04633-JDC-KK   Document 12   Filed 01/23/23   Page 3 of 3 PageID #: 131

**HURRICANE CASE**
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

| DEITRICK TAYLOR | | Civil No. 2:22-cv-04633 |
| Complainant | * | |
| | * | |
| VS. | * | Judge |
| ALLIED TRUST INSURANCE COMPANY | * | Magistrate Judge |
| Defendant | * | |

**O R D E R**

Upon the Motion to Dismiss filed by Plaintiff, Deitrick Taylor to dismiss the above referenced case in light of the Settlement Agreement reached by Parties in this matter.

IT IS HEREBY ORDEREED that, this matter is hereby dismissed ON THE ____ DAY OF _____ 2023. Each party shall bear its own costs.

_____
UNITED STATES DISTRICT JUDGE